UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

GEORGE JACKSON,

    Plaintiff,

No. C 12-5046 PJH (PR)

v.

**ORDER OF TRANSFER**

J. CLARK KELSO, et. al.,

    Defendant.

      /

This is a civil rights case brought pro se by a state prisoner. Plaintiff originally filed a petition for writ of habeas corpus, that the court reclassified as a civil rights action and dismissed with leave to amend. Plaintiff filed an amended complaint and it is now clear that the acts complained of occurred at Mule Creek State Prison which lies within the venue of the United States District Court for the Eastern District of California. Venue, therefore, properly lies in that district and not in this one. See 28 U.S.C. § 1391(b).

This case is **TRANSFERRED** to the United States District Court for the Eastern District of California. See 28 U.S.C. § 1406(a).

**IT IS SO ORDERED.**

Dated: March 18, 2013.

                        PHYLLIS J. HAMILTON
                        United States District Judge

G:\PRO-SE\PJH\CR.12\Jackson5046.trn.wpd